# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SERGIO U. RAMIREZ-PAYANO,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25-409 (GMM)<br><br>**VIOLATIONS:**<br><br>Title 18, *United States Code*, Section 924(c)(1)(A) & (B)(ii)<br>Title 21, *United States Code*, Section 841(a)(1) & 841(b)(1)(A);<br>Title 18, *United States Code*, 922(g)(1)<br>Title 18, *United States Code*, 922(o)<br>Title 18, *United States Code*, Section 924(c)(1)(A).<br><br>**FORFEITURE**:<br>Title 18, *United States Code*, Section 924(d);<br>Title 21, *United States Code*, Section 853; and<br><br>(Five Counts and Two Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**Possessing a Machinegun in Furtherance of a Drug Trafficking Crime**
(Title 18, United States Code, Section 924(c)(1)(A) & (B)(ii))

On or about 1 October 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**SERGIO U. RAMIREZ-PAYANO,**

the defendant herein, did knowingly and unlawfully possess a machinegun as that term is defined in Title 18, United States Code, Section 921(a), that is a Glock pistol, model 23, .40 caliber, serial number VGS927, modified with a device commonly known as a "chip," whose sole purpose is to convert firearms into machineguns, to fire automatically more than one shot without manually reloading by a single function of the trigger, in furtherance of a drug trafficking as charged in Count Two of this Indictment, for which he may be prosecuted in a Court of the United States, pursuant to Title 21, U.S.C., section 841(a)(1), (b)(1)(A). All in violation of Title 18, United States Code, Section 924(c)(1)(A) and (B)(ii).

## COUNT TWO

**Possession with Intent to Distribute Cocaine**
(Title 21, United States Code, Section 841(a)(1) and (b)(1)(A))

On or about 1 October 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**SERGIO U. RAMIREZ-PAYANO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance. All in violation of Title 21, *United States Code*, Section 841(a)(1) and (b)(1)(A).

## COUNT THREE

**Possessing a Firearm by a Prohibited Person**
(Title 18, United States Code, Section 922(g)(1))

On or about 2 October 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**SERGIO U. RAMIREZ-PAYANO,**

the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and/or ammunition, that is, one (1) black rifle, without serial number, .556 caliber; one (1) black and brown AK type rifle, serial number M92PV060838; one (1) Glock pistol, model 19, 9mm caliber, serial number BEYX721; one (1) Glock pistol, Model 23, .40 caliber with serial number BDNR746; black and brown Glock pistol, model 23, .40 caliber, serial number ZKC757; one (1) Glock pistol, model 22, .40 caliber, serial number SBB758; one (1) Glock pistol, model 23, .40 caliber, serial number ZYX824; and one (1) Glock pistol, model 23, .40 caliber, serial number VGS927, as well as three hundred thirty-three (333) rounds of .40 caliber ammunition; five hundred seventeen (517) rounds of 9mm ammunition; one (1) round of .45 caliber ammunition; two hundred one (201) rounds of .762x39 caliber ammunition and seventy-six (76) rounds of .380 caliber ammunition, said firearm and/or ammunition having been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

**Possession of a Machinegun**
(Title 18, United States Code, Section 922(o))

On or about 1 October 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**SERGIO U. RAMIREZ-PAYANO,**

the defendant herein, did knowingly possess a machinegun that is, a Glock pistol, model 23, .40 caliber, serial number VGS927, modified with a device commonly known as a "chip," whose sole purpose is to convert firearms into machineguns, to fire automatically more than one shot without manually reloading by a single function of the trigger. All in violation of Title 18, United States Code, Section 922(o).

## COUNT FIVE

**Possessing Firearms in Furtherance of a Drug Trafficking Crime**
(Title 18, United States Code, Section 924(c)(1)(A))

On or about 1 October 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**SERGIO U. RAMIREZ-PAYANO,**

the defendant herein, did knowingly and unlawfully possess firearms as defined in Title 18, United States Code, Section 921(a)(3), that is one (1) black rifle, without serial number, .556 caliber; one (1) black and brown AK type rifle, serial number M92PV060838; one (1) Glock pistol, model 19, 9mm caliber, serial number BEYX721; one (1) Glock pistol, Model 23, .40 caliber with serial number BDNR746; black and brown Glock pistol, model 23, .40 caliber, serial number ZKC757; one (1)

Glock pistol, model 22, .40 caliber, serial number SBB758; one (1) Glock pistol, model 23, .40 caliber, serial number ZYX824; and one (1) Glock pistol, model 23, .40 caliber, serial number VGS927, in furtherance of a drug trafficking crime as charged in Count Two of this Indictment, for which he may be prosecuted in a Court of the United States, pursuant to Title 21, U.S.C., section 841(a)(1), (b)(1)(A). All in violation of Title 18, United States Code, Section 924(c)(1)(A).

(SPACE INTENTIONALLY LEFT IN BLANK)

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c).

Upon conviction of a firearm offense contained in this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c), any firearm and ammunition involved in the commission of the offense including but not limited to one (1) black rifle, without serial number, .556 caliber; one (1) black and brown AK type rifle, serial number M92PV060838; one (1) Glock pistol, model 19, 9mm caliber, serial number BEYX721; one (1) Glock pistol, Model 23, .40 caliber with serial number BDNR746; black and brown Glock pistol, model 23, .40 caliber, serial number ZKC757; one (1) Glock pistol, model 22, .40 caliber, serial number SBB758; one (1) Glock pistol, model 23, .40 caliber, serial number ZYX824; and one (1) Glock pistol, model 23, .40 caliber, serial number VGS927, as well as three hundred thirty-three (333) rounds of .40 caliber ammunition; five hundred seventeen (517) rounds of 9mm ammunition; one (1) round of .45 caliber ammunition; two hundred one (201) rounds of .762x39 caliber ammunition and seventy-six (76) rounds of .380 caliber ammunition, along with the magazines and ammunition involved in the commission of the offense.

All pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c).

## FORFEITURE ALLEGATION
### Related to Drug distribution – proceeds and facilitating property
(Title 21, *United States Code*, Section 853(p))

The Grand Jury further finds that:

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, *United States Code*, Section 853.

2. Pursuant to Title 21, *United States Code*, Section 853, upon conviction of an offense in violation of Title 21, *United States Code*, Section 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses. This includes, but is not limited to, the $63,202 in cash seized from the residence on 1 October 2021.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence,

    b. has been transferred or sold to, or deposited with, a third party,

    c. has been placed beyond the jurisdiction of the court,

    d. has been substantially diminished in value, or

    e. has been commingled with other property which cannot be divided without difficulty,

United States of America v. SERGIO U. RAMIREZ-PAYANO,
Indictment

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, *United States Code,* Section 853(p).

TRUE BILL

**FOREPERSON**
Date: Oct. 2, 2025

W. STEPHEN MULDROW
United States Attorney

Alberto R. Lopez Rocafort
Assistant United States Attorney
Chief, Gang Section

Joseph Russell
Assistant U.S. Attorney
Gang Section